**Opinion filed December 1, 2011**



In The

# Eleventh Court of Appeals

_____

## No. 11-11-00329-CV
_____

**JOHN DYCK, Appellant**

**V.**

**STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., Appellee**

**On Appeal from the 106th District Court**

**Gaines County, Texas**

**Trial Court Cause No. 11-05-16234**

### M E M O R A N D U M   O P I N I O N

The parties to this restricted appeal, John Dyck and State Farm Mutual Automobile Insurance Co., have filed a joint motion to dismiss this appeal pursuant to TEX. R. APP. P.42.1(a)(2). In the motion, the parties state that they "have reached an agreement to settle and compromise their differences" in the underlying suit. Pursuant to Rule 42.1(a)(2)(B), the parties request that this court set aside the trial court's default judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement.

Therefore, in accordance with the parties' request, the trial court's judgment is set aside, and this case is remanded to the trial court for further proceedings in accordance with the parties' agreement.

The joint motion to dismiss is granted, and the appeal is dismissed.

December 1, 2011                                                    PER CURIAM

Panel consists of:  Wright, C.J.,
McCall, J., and Kalenak, J.